IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRST DATA SOLUTIONS, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONUMENTAL LIFE INSURANCE )<br>CO., )<br>)<br>Defendant. )<br>_____ ) | 8:03CV236<br><br>ORDER |

    This matter is before the court on defendant's Motion in Limine, Filing No. 81, and plaintiff's Motion in Limine, Filing No. 83.  This is an action for breach of contract in connection with an agreement for the provision of certain information-processing services. Both parties seek orders precluding the use of certain evidence at trial.  The court finds that this matter can appropriately be addressed at the time of or shortly before trial. Accordingly, the motions will be denied without prejudice to reassertion at the time for submission of trial briefs.

    IT IS ORDERED:

    1.    Defendant's Motion in Limine, Filing No. 81, is denied without prejudice to reassertion at the time trial briefs are submitted for trial;

    2.    Plaintiff's Motion in Limine, Filing No. 83, is denied without prejudice to reassertion at the time trial briefs are submitted for trial.

    DATED this 11th day of August, 2005.

                        BY THE COURT:

                        s/Joseph F. Bataillon
                        JOSEPH F. BATAILLON
                        UNITED STATES DISTRICT JUDGE