# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASES TO | ) | No. 2005-17 |
| THE HONORABLE ROBERT T. DAWSON | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon, Richard G. Kopf, Laurie Smith Camp, and Robert T. Dawson,

IT IS ORDERED:

1. Effective immediately, the following cases are reassigned from Judge Bataillon to Judge Dawson for the purposes of trial:

   **8:04CV280 Ocken v. Cox Communications**
   **8:03CV236 First Data Solutions v. Monumental Life**

2. Effective immediately, the following case is reassigned from Judge Kopf to Judge Dawson for the purposes of trial:

   **8:04CV259 New Hope Fellowship v. City of Omaha**[1]

3. Effective immediately, the following cases are reassigned from Judge Smith Camp to Judge Dawson for the purposes of trial:

   **8:03CV368 Hlavak v. Hopkee Pyrotechnics**
   **8:04CV147 Freel v. USA**

4. The magistrate judge assignments will remain unchanged.

5. The pretrial conference dates will remain unchanged.

6. All dispositive motions will remain assigned to the Article III judge previously assigned.

---

[1] Judge Kopf will resolve the dispositive motion on or before September 15, 2005. The trial previously scheduled before Judge Kopf on September 26, 2005, is cancelled.

7. The above cases will be called for trial in the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **October 31, 2005.**

DATED 17th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge