IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIRST DATA SOLUTIONS, | ) | |
| Plaintiff, | ) | 8:03cv236 |
| v. | ) | |
| MONUMENTAL LIFE INSURANCE, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 136 be stricken from the record for the following reason:

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 136 from the record. The document has been refiled.

DATED this 2nd day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge