# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FIRST DATA SOLUTIONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:03CV236** |
| | ) | |
| v. | ) | |
| | ) | |
| **MONUMENTAL LIFE INSURANCE,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court pursuant to 28 U.S.C. § 636 and the general order of referral on the motion of Todd C. Kinney and Robert M. Slovek for leave to withdraw as plaintiff's counsel. The record shows that substitute counsel have entered their appearances.

**IT IS ORDERED:**

1. The motion for leave to withdraw (#137) is granted.

2. The Clerk shall terminate the appearances of Todd C. Kinney and Robert M. Slovek as counsel for the plaintiff.

**DATED September 2, 2005.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**