IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIRST DATA SOLUTIONS, | ) | Case No. 8:03cv236 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MONUMENTAL LIFE INSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

The parties successfully reached an agreement during a settlement conference held with the undersigned magistrate judge on October 5, 2005. Therefore,

**IT IS ORDERED:**

1. On or before **November 4, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Robert T. Dawson, Robert_T_Dawson@arwd.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for October 14, 2005, is cancelled.

Dated this 6th day of October 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge