FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

05 NOV 18 PM 12: 50

OFFICE OF THE CLERK

| | | |
|---|---|---|
| FIRST DATA SOLUTIONS L.L.C., | ) | Case No. 8:03CV236 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| MONUMENTAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter having come before the Court upon the joint stipulation of the parties, and the Court being fully advised in the premises.

IT IS HEREBY ORDERED that the above-captioned lawsuit be and hereby is dismissed, with prejudice, each party to pay its own costs, complete record waived.

Dated this 18th day of Nov., 2005.

BY THE COURT:

[signature]

U.S. District Court Judge

Prepared & Submitted By:

Michael F. Coyle #18299
FRASER, STRYKER, MEUSEY, OLSON,
BOYER & BLOCH, P.C.
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
(402) 341-6000
ATTORNEYS FOR DEFENDANT

398224